1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>               Plaintiff,<br><br>vs.<br><br>LINDA SMITH, et al.,<br><br>               Defendants. | Case No.  2:20-cv-00006-APG-BNW<br><br>**ORDER** |

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was due on 3/22/2020. (*See* ECF No. 7.)

IT IS THEREFORE ORDERED that by May 6, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.


DATED: April 21, 2020


_____
**Brenda Weksler**
**United States Magistrate Judge**