AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WELLS FARGO BANK, NATIONAL ASSOCIATION,

Plaintiff,

v.

LINDA SMITH, an individual; ROSE STOUT SMITH, an individual; and SEAN SMITH, as Executor of the Estate of Jeffrey P. Smith,

Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:20-cv-00006-APG-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendants Linda Smith and Rose Stout Smith. IT IS FURTHER ORDERED that The beneficiary of the IRA of decedent Jeffrey P. Smith is Sean Smith as executor of the estate of Jeffrey P. Smith. I award Wells Fargo $23,528.70 in fees and costs, payable from the IRA. Wells Fargo shall pay the balance of the IRA to Sean Smith as executor of the estate of Jeffrey P. Smith. I dismiss all other claims as moot. I enjoin defendants Linda and Rose Smith from bringing any future lawsuit or claim against Wells Fargo relating to the IRA.

5/14/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk